In the Matter of the Petition of Brooklyn Trust Company to Render and Settle Its Account as Trustee of a Trust Created for the Benefit of Cornelia B. Jackson, in and by the Will of Theodore F. Jackson, Deceased. Stewart M. Neff, as Surviving Executor, etc., of Cornelia B. Jackson, Deceased, Appellant; Brooklyn Trust Company, Trustee, Respondent; Joseph Henry Jackson and Others, Remaindermen, Respondents; Frederick W. Tuck, as Special Guardian, etc., of Chauncey Winslow-Devereaux, an Infant, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court

of Appeals granted. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.